JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   INDICTMENT

       v.                              :   08 CRIM 324

CHARLES RODRIGUEZ,                :

       Defendant.                     :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 10 2008

COUNT ONE

The Grand Jury charges:

On or about January 12, 2008, in the Southern District of New York, CHARLES RODRIGUEZ, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 8, 1997, in Connecticut Superior Court, for the Sale of a Controlled Substance, in violation of Connecticut General Statute Section 21a-277, a felony, did possess in and affecting commerce, a firearm and ammunition, to wit, a loaded .380 caliber Davis Industries firearm, which previously has been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1)).


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CHARLES RODRIGUEZ,

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*/s/* Foreperson.

Filed indictment. Case assigned to Judge Preska.
— Francis, J.

SRM
4/10/08